# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

**ASHRAFUL M. ISLAM,**  :  CHAPTER 13
:
    **Debtor.**  :  BANKRUPTCY NO. 22-13182-amc

## ORDER

**AND NOW**, upon consideration of the Debtor's *Motion for Expedited Consideration of Debtor's Application for Employment of a Substitute Real Estate Brokerage and Agent*, and sufficient cause being shown, it is hereby **ORDERED** as follows:

1. The Motion for Expedited Consideration is **GRANTED**.

2. **TELEPHONIC** A hearing to consider the Motion shall be held by the Court on __June 14__, 2023, at __11:00__ a.m. (time), in Bankruptcy Courtroom #4, Robert N.C. Nix, Sr., Federal Building & Post Office, 900 Market Street, 2nd Floor, Philadelphia, PA 19107.
**Parties are to Dial: 877-873-8017  Access Code: 3027681**

3. Written objections or other responsive pleadings to the Application (not already filed) may be filed on or before __June 7__, 2023, and will be considered at the hearing.

4. The Movant shall serve the Motion (to the extent not already served) and this Order on the Chapter 13 Standing Trustee, the United States Trustee's Office, and all priority and secured creditors, and the Debtor by overnight mail, facsimile transmission or e-mail transmission no later than __May 23__, 2023.

5. Prior to the hearing, the Movant shall file a Certification of Service setting forth compliance with the service requirements of Paragraph 4 above, as applicable.

BY THE COURT:

_____
HONORABLE ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE

Dated: May 23, 2023