**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**In re:**

| | | |
|---|---|---|
| **ASHRAFUL M. ISLAM** | **:** | **CHAPTER 13** |
| | **:** | |
| **Debtor** | **:** | **BANKRUPTCY NO. 22-13182-amc** |

**DEBTOR'S OBJECTION TO PROOF OF CLAIM NO. 4**
**FILED ON FEBRUARY 2, 2023, BY EXCEL FINANCIAL CORP.**

The Debtor, by and through counsel, Regional Bankruptcy Center of Southeastern PA, P.C., objects to Proof of Claim No. 4 filed in this case by Excel Financial Corp. ("Excel") on or about February 2, 2023, and in support thereof respectfully represents as follows:

1.    Debtor filed a Voluntary Petition under Chapter 13 of the Bankruptcy Code in this case on November 29, 2022.

2.    On or about February 2, 2023, Excel Financial Corp. filed Proof of Claim No. 4 together with an Addendum to the Proof of Claim, seeking allowance of a total secured claim in the amount of $346,136.80 (copies of Proof of Claim No. 4 and Addendum are attached hereto an incorporated herein, marked as Exhibits "A" and "B", respectively).

3.    The total of $346,136.80 sought by Excel was broken down in the Addendum as follows:

| | |
|---|---|
| Principal Balance | $ 137,750.90 |
| Interest Due through 11/29/22 | $ 89,668.28 |
| Late Fees Due | $ 5,230.11 |
| Maturity Fee | $ 6,700.51 |
| Attorneys' Fees and Costs through 11/29/22 | $ 106,723.64 |
| | |
| Total: | $ 346,136.80 |

4.    The figures listed in paragraph 3 do not add up to $346,136.80.

5.    The Principal Balance is inaccurate.

6.    The loan purports to be an open-ended mortgage under which certain sums were to be advanced by Excel that would become subject to the loan terms and security interest.

7.    The sum actually advanced to the Debtor and his wife was $131,000.00, not $160,000.00, in that Excel attempted to advance $29,000 directly to the Debtor, which the Debtor returned.

8.    Either the original principal balance was $131,000, or the $29,000 not accepted by the Debtor and returned to Excel should have been applied to principal, thereby reducing the Principal Balance under the terms of the loan.

9.    The interest is grossly overstated.

10.   The late fees are grossly overstated, and do not apply after the entry of judgment.

11.   The maturity fee does not apply and should not be allowed by the Court.

12.   The Attorneys' Fees and Costs through 11/29/22 are grossly overstated and, in any event, are not reasonable.  Only reasonable Attorneys' Fees and Costs should be allowed by the Court.

   **WHEREFORE** the Debtor respectfully requests that the Court:

a.    Sustain the Debtor's Objection to the Claim No. 4 filed by Excel;

b.    Disallow and/or greatly reduce the components of Excel's Proof of Claim No. 4 with respect to pre-petition arrears to which Debtor has objected, and determine the allowed secured claim of Excel for pre-petition in an appropriate amount; and;

   c.

   d.   Grant other such relief as may be just and proper under the law.

                Respectfully submitted,
                REGIONAL BANKRUPTCY CENTER OF
                SOUTHEASTERN PA, P.C., by:


                Roger V. Ashodian
                Attorney ID #42586
                101 West Chester Pike, Suite 1A
                Havertown, PA  19083
                (610) 446-6800

                Attorney for Debtor/Objector