## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**In re:**

| | | |
|---|---|---|
| **ASHRAFUL M. ISLAM** | : | CHAPTER 13 |
| | : | |
| **Debtor** | : | BANKRUPTCY NO. 22-13182-amc |

### ORDER

AND NOW, upon consideration of the Debtor's Objection to the Proof of Claim No. 4 filed by Excel Financial Corp. ("Excel"), and any response thereto, and after notice and hearing, it is hereby **ORDERED** as follows:

1. The Objection is **SUSTAINED**.

2. Proof of Claim No. 4 filed by Excel is **ALLOWED** as a secured claim in the amount of $_____ .

BY THE COURT:

Date: _____     _____
HONORABLE ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE