# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**In re:**

| | | |
|---|---|---|
| **ASHRAFUL M. ISLAM** | : | CHAPTER 13 |
| | : | |
| **Debtor** | : | BANKRUPTCY NO. 22-13182-amc |

## CERTIFICATION OF SERVICE

I, Roger V. Ashodian, attorney for the Debtor in the above-captioned matter, hereby certify that on or before June 19, 2023, a copy of the Debtor's Objection to the Proof of Claim No. 4 filed by Excel Financial Corp., together with Notice of Objection to Claim and Hearing Date, was served on the following parties by Court-generated ECF notice, and/or I served a copy by e-mail, as indicated below, to the following addresses:

Excel Financial Corp.                                         (ECF Notice)
c/o Leona Mogavero, Esquire
Friedman Schuman, P.C.
101 Greenwood Avenue, Fifth Floor
Jenkintown, PA  19046

Scott F. Waterman, Esquire                              (ECF Notice)
Standing Chapter 13 Trustee
P.O. Box 4010
2901 St. Lawrence Avenue
Reading, PA  19606

Frederic J. Baker, Esquire                                 (ECF Notice)
Sr. Assistant United States Trustee
Robert NC Nix, Sr. Federal Building
900 Market Street, Suite 320
Philadelphia, PA  19107

(continued next page)

Service List (continued):

Ashraful M. Islam  (E-mail)
407 West Main Street - #409
Lansdale, PA  19446

REGIONAL BANKRUPTCY CENTER OF
SOUTHEASTERN PA, P.C., by:

_____
Roger V. Ashodian
Attorney ID #42586
101 West Chester Pike, Suite 1A
Havertown, PA  19083
(610) 446-6800

Attorney for Debtor/Objector