# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | Chapter 13 |
| | : | |
| ASHRAFUL M. ISLAM, | : | |
| | : | Bankruptcy No. 22-13182-amc |
| DEBTOR. | : | |

## ORDER

AND NOW, this 9th day of November 2023, upon consideration of the "Motion for Relief from Stay" filed by Excel Financial Corp. ("Movant") ("Excel Motion") and debtor, Ashraful Islam's ("Debtor"), response in opposition, the Court hereby directs that, on or before November 29, 2023, the parties each file an affidavit under penalty of perjury addressing whether Judge Frank's Order entered on July 29, 2022 in the bankruptcy of Dilruba Islam, no. 22-11061, granting Movant *in rem* relief from the automatic stay in connection with the real properties located at 407-409 W. Main Street, Lansdale, PA and 404 Doylestown Pike, Montgomeryville, PA ("In Rem Order") pursuant to 11 U.S.C. § 362(d)(4) was recorded "in compliance with applicable State laws governing notices of interests or liens in real property[.]" 11 U.S.C. § 362(d)(4).

_____
Honorable Ashely M. Chan
United States Bankruptcy Judge