**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| **ASHRAFUL M. ISLAM** | : | Bankruptcy No. 22-13182-amc |
| | : | |
| **Debtor** | : | |

## EXCEL FINANCIAL CORP.'S
## EXHIBIT LIST FOR EVIDENTIARY HEARINGS

Excel Financial Corp. ("Movant"), by and through its counsel, Friedman Schuman, P.C., submits this Exhibit List pursuant to the Court's request regarding the evidential hearings scheduled in the above-captioned action on April 11, 2024 at 10:00 a.m., in connection with Excel Financial Corp.'s Motion for Relief From Stay and the Debtor's Objection to Excel Financial Corp.'s Proof of Claim.

| | |
|---|---|
| M-1. | Loan Agreement |
| M-2. | Mortgage Note |
| M-3. | Mortgage – 407-409 W. Main Street, Lansdale, PA |
| M-4. | Assignment of Leases and Rents – 407-409 W. Main Street, Lansdale, PA |
| M-5. | Appraisal of 409 W. Main Street, Lansdale, PA |
| M-6. | Complaint in Confession of Judgment 2020-02775 |
| M-7. | July 29, 2022 Order Granting Movant relief from the automatic stay |
| M-8. | December 19, 2022 Motion of Excel Financial for Relief from the Automatic Stay |
| M-9. | Proof of Claim of Excel filed February 2, 2023 |
| M-10. | Payoff Calculation |
| M-11 – M-21 | 404 Doylestown Road Photos |
| M-22. | Ashram Islam Schedules filed January 12, 2023 |
| M-23. | Objection of Montgomery County Tax Claim Bureau to Debtor's Chapter 13 Plan |
| M-24. | Summary of Assets and Liabilities of Dilruba Islam |

{Client Files/005696/00106/01696548.DOCX;1}

| | |
|---|---|
| M-25 | Objection of Montgomery County Tax Bureau to D. Islam Chapter 13 Plan |
| M-26. | Amended Proof of Claim of Excel Financial |
| M-27 | Transcript of July 28, 2022 Transcript of Hearing – In re: Dilruba Islam, Case No. 2022-11061(elf) |

                              Respectfully submitted,

Dated:  April 4, 2024                **FRIEDMAN SCHUMAN, P.C.**

By:_____
    Ron L. Woodman, Esquire
    Friedman Schuman, P.C.
    275 Commerce Drive, Suite 210
    Fort Washington, PA  19034
    Telephone:  (215) 635-7200
    Facsimile:  (215) 635-7212
    rwoodman@fsalaw.com
    *Counsel for Excel Financial Corp.*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| **ASHRAFUL M. ISLAM** | : | Bankruptcy No. 22-13182-amc |
| | : | |
| **Debtor** | : | |

**CERTIFICATE OF SERVICE**

I, Ron L. Woodman, hereby certify that on April 4, 2024, I caused a true and correct copy of the foregoing *Excel Financial Corp.'s Remote Exhibit List for Evidentiary Hearings* to be served upon the following via the designated manner:

**Via the Court's CM/ECF System:**

Roger V. Ashodian, Esquire
Regional Bankruptcy Center of SE PA
101 West Chester Pike, Suite 1A
Havertown, PA  19083

Scott F. Waterman, Chapter 13 Trustee
2901 St. Lawrence Avenue
Suite 100
Reading, PA  19606

United States Trustee
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA  19107

All Parties Requesting Notice Pursuant to Bankruptcy Rule 2002

_____
Ron L. Woodman

{Client Files/005696/00106/01696548.DOCX;1}