**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| **ASHRAFUL M. ISLAM** | : | Bankruptcy No. 22-13182-amc |
| | : | |
| **Debtor** | : | |

**EXCEL FINANCIAL CORP.'S
REMOTE WITNESS LIST FOR EVIDENTIARY HEARINGS**

Excel Financial Corp. ("Excel"), by and through its counsel, Friedman Schuman, P.C., files this Remote Witness List pursuant to the Court's request regarding the evidential hearings scheduled in the above-captioned action on April 11, 2024 at 10:00 a.m., in connection with (i) the Debtor's Objection to Excel Financial Corp.'s Proof of Claim; and (ii) Excel Financial Corp.'s Motion for Relief From Stay.

1. **Richard Frankel, President of Excel Financial Corp.**

    Subject Matter of Testimony: The Loan from Excel to the Debtor and Dilruba Islam (loan documents, history, payments, legal fees and other expenses incurred by Excel, outstanding indebtedness); background/history of Excel's collections efforts, including state court action and prior bankruptcies; condition of Debtor's real properties.

    Email: rfrankel@commonwealthcap.com

    Location of witness: 518 W. Lancaster Ave., Haverford, PA 19041 (Excel's office address).

    Place from which witness will testify: Offices of Friedman, Schuman, P.C., 275 Commerce Drive, Suite 210, Fort Washington, PA 19034 (in conference room with undersigned counsel).

2. **Richard M. Lam of Richard M. Lam & Assoc. Ltd.**

    Subject Matter of Testimony: The appraisal of 409 W. Main Street, Lansdale, PA 19446

    Email: rmlam@aol.com

    Location of Witness: 2434 Butler Pike, Plymouth Meeting, PA 19462

<u>Place from which witness will testify</u>:  Offices of Friedman, Schuman, P.C., 275 Commerce Drive, Suite 210, Fort Washington, PA 19034 (in conference room with undersigned counsel).

                              Respectfully submitted,

Dated:  April 4, 2024          **FRIEDMAN SCHUMAN, P.C.**

By:_____
    Ron L. Woodman, Esquire
    Friedman Schuman, P.C.
    275 Commerce Drive, Suite 210
    Fort Washington, PA  19034
    Telephone:  (215) 635-7200
    Facsimile:  (215) 635-7212
    rwoodman@fsalaw.com
    *Counsel for Excel Financial Corp.*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| **ASHRAFUL M. ISLAM** | : | Bankruptcy No. 22-13182-amc |
| | : | |
| **Debtor** | : | |

### CERTIFICATE OF SERVICE

I, Ron L. Woodman, hereby certify that on October 24, 2025, I caused a true and correct copy of the foregoing *Excel Financial Corp.'s Remote Witness List For Evidentiary Hearings* to be served upon the following via the designated manner:

**Via the Court's CM/ECF System:**

Roger V. Ashodian, Esquire
Regional Bankruptcy Center of SE PA
101 West Chester Pike, Suite 1A
Havertown, PA  19083

| | |
|---|---|
| Scott F. Waterman, Chapter 13 Trustee | United States Trustee |
| 2901 St. Lawrence Avenue | Office of United States Trustee |
| Suite 100 | Robert N.C. Nix Federal Building |
| Reading, PA  19606 | 900 Market Street, Suite 320 |
| | Philadelphia, PA  19107 |

All Parties Requesting Notice Pursuant to Bankruptcy Rule 2002

_____
Ron L. Woodman