# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| **ASHRAFUL M. ISLAM** | : | Bankruptcy No. 22-13182-amc |
| | : | |
| **Debtor** | : | |

## CERTIFICATE OF SERVICE

I, Ron L. Woodman, an attorney with the law firm of Friedman Schuman, P.C., certify that on June 20, 2024, a true and correct copy of the Objection of Excel Financial Corp., to the Debtor's Chapter 13 Plan was served upon the parties listed below as follows:

**Via the Court's CM/ECF System**

REGIONAL BANKRUPTCY CENTER OF SE PA
Roger V. Ashodian, Esquire
101 West Chester Pike, Suite 1A
Havertown, PA 19083

OFFICE OF UNITED STATES TRUSTEE
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107

SCOTT F. WATERMAN
Chapter 13 Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

All Other Parties Requesting Notice Pursuant to Bankruptcy Rule 2002

_____
Ron L. Woodman, Esquire
Friedman Schuman, P.C.
275 Commerce Drive, Suite 210
Fort Washington, PA 19034
Telephone: (215) 635-7200
Facsimile: (215) 635-7212
Rwoodman@fsalaw.com
*Counsel for Excel Financial Corp.*