Office Mailing Address:                                                          Send Payments **ONLY** to:
Scott F. Waterman, Trustee                                                       Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100                                                          P.O. Box 680
Reading, PA  19606                                                            Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
### Activity for the period from 08/01/2023 to 07/31/2024
### Chapter 13 Case No. 22-13182-AMC

Ashraful M. Islam                                                   Petition Filed Date: 11/29/2022
407 West Main Street                                                341 Hearing Date: 02/10/2023
#409                                                                    Confirmation Date:
Lansdale  PA    19446

Case Status: Open / Unconfirmed

## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|------|--------|-----------|------|--------|-----------|------|--------|-----------|
| 10/03/2023 | $400.00 | 6813400317 | 01/02/2024 | $800.00 | 6810402615 | 05/20/2024 | $600.00 | 6813402061 |
| 07/31/2024 | $600.00 | | 07/31/2024 | $200.00 | | | | |

**Total Receipts for the Period:  $2,600.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $4,200.00**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | ROGER V ASHODIAN ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | MONTGOMERY COUNTY TAX CLAIM BUREAU »» 001 | Secured Creditors | $30,320.52 | $0.00 | $0.00 |
| 2 | MONTGOMERY COUNTY TAX CLAIM BUREAU »» 002 | Secured Creditors | $13,233.65 | $0.00 | $0.00 |
| 3 | SELENE FINANCE LP »» 003 | Mortgage Arrears | $111,216.36 | $0.00 | $0.00 |
| 4 | EXCEL FINANCIAL CORPORATION »» 004 | Secured Creditors | $345,974.83 | $0.00 | $0.00 |
| 5 | CITY OF PHILADELPHIA (LD) »» 005 | Unsecured Creditors | $125.67 | $0.00 | $0.00 |

**Chapter 13 Case No. 22-13182-AMC**

| SUMMARY |
|---|

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $4,200.00 | Current Monthly Payment: | $200.00 |
| Paid to Claims: | $0.00 | Arrearages: | ($200.00) |
| Paid to Trustee: | $396.00 | Total Plan Base: | $7,200.00 |
| Funds on Hand: | $3,804.00 | | |

**<u>NOTES:</u>**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/
 for more  information.**

• Your case information is available to view online at the National Data Center. Please visit
www.ndc.org.