**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:

**ASHRAFUL M. ISLAM,**  :  CHAPTER 13
   :
Debtor.  :  BANKRUPTCY NO. 22-13182-amc

**DEBTOR'S AMENDED WITNESS LIST & EXHIBIT LIST**

The Debtor, Ashraful M. Islam, hereby submits his amended list of witnesses and exhibits in advance of the June 23, 2025 continued consolidated hearing on Debtor's Objection to Excel Financial Corp. Claim No. 4, as amended, and Motion of Excel Financial Corp. for Relief from the Automatic Stay.

**I.  WITNESS LIST**

  A. Ashraful M. Islam, Debtor
  B. Dilruba Islam, Debtor's spouse
  C. John Shvetz, neighboring Lansdale business owner
  D. Bruce Augustine, or his designee, witness on valuation of properties
  E. TBD Weichert real estate agent
  F. Any of Excel's witnesses, to be called as adverse witnesses
  G. Possible rebuttal witnesses
  H. Any other witnesses identified between now and the time of the hearing

**II.  EXHIBIT LIST**

Debtor's Exhibits for Case in Chief:

  A. Any of the Exhibits identified by Excel Financial Corp.
  B. Docket in the Debtor's main bankruptcy case (request to take judicial notice)
  C. Any documents filed in the case to date as reflected on the Docket (request to take judicial notice)

    D. Appraisals or other valuation documents

    E. Rebuttal exhibit TBD (Debtor may introduce additional rebuttal exhibits to respond to Defendant's evidence that cannot reasonably be anticipated at this time)

    Respectfully submitted,
    REGIONAL BANKRUPTCY CENTER OF
    SOUTHEASTERN PA, P.C., by:

    _____
    Roger V. Ashodian
    Attorney ID #42586
    101 West Chester Pike, Suite 1A
    Havertown, PA  19083
    (610) 446-6800

    <u>Attorney for Debtor</u>