**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:

| | | |
|---|---|---|
| **ASHRAFUL M. ISLAM,** | : | CHAPTER 13 |
| | : | |
| Debtor. | : | BANKRUPTCY NO. 22-13182-amc |

**ORDER**

**AND NOW**, upon consideration of the Debtor's Motion for Expedited Consideration of Debtor's Motion Pursuant to 11 U.S.C. §364 for Court Approval of Refinancing of Mortgage, and sufficient cause being shown, it is hereby **ORDERED** as follows:

1. The Motion for Expedited Consideration is **GRANTED**.

2. A hearing to consider the Motion shall be held by the Court on __March 11__, 2026, at __11:00__ a.m. (time), in Bankruptcy Courtroom #4, Robert N.C. Nix, Sr., Federal Building & Post Office, 900 Market Street, 2nd Floor, Philadelphia, PA 19107 (1-646-828-7666; Meeting ID #160 6807 8081).

3. Written objections or other responsive pleadings to the Motion (while not required) may be filed up to the time of the hearing and all objections will be considered at the hearing.

4. The Movant shall serve the Motion (to the extent not already served) and this Order on the Chapter 13 Standing Trustee, the United States Trustee's Office, all priority and secured creditors, and the Debtor by overnight mail, facsimile transmission or e-mail transmission no later than __Feb. 27__, 2026.

5. Prior to the hearing, the Movant shall file a Certification of Service setting forth compliance with the service requirements of Paragraph 4 above, as applicable.

BY THE COURT:

_____  2/26/26
HONORABLE ASHELY M. CHAN
CHIEF U.S. BANKRUPTCY JUDGE